ROJAS, APELADO, *v.* PORTO RICO MOTOR CO., APELANTE.

Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª.

Moción para que se desestime la apelación.

No. 1001.—Resuelto en junio 24, 1913.

APELACIÓN—FALTA DE EXPOSICIÓN DEL CASO—TÉRMINO PARA RADICAR LA TRANSCRIPCIÓN DE AUTOS.—De acuerdo con el artículo 40 del Reglamento del Tribunal Supremo, el término de treinta días para radicar en dicha corte la transcripción de autos en una apelación debe empezarse a contar, cuando no se ha presentado ninguna exposición del caso, desde el día en que se radicó en la corte inferior el escrito de apelación.

Los hechos están expresados en la resolución.

Abogado del apelado: *Sr. Hugh R. Francis.*
Abogado del apelante: *Sr. Roberto H. Todd.*

### RESOLUCIÓN.

Por Cuanto, con fecha 1 de mayo de 1913, la Corte de Distrito de San Juan, Sección 1ª., dictó sentencia en el caso arriba expresado, la cual fué apelada por la parte demandada el 8 del mismo mes, y con fecha 21 del indicado mes le fué concedida a la parte apelante por dicha corte una prórroga de 10 días para presentar la exposición del caso, que venció el día 31 del expresado mes.

Por Cuanto, habiendo expirado la prórroga de 10 días para presentar la exposición del caso, sin que se haya archivado ésta, el término para radicar ante esta corte la transcripción de autos debe empezarse a contar desde el día 8 de mayo de 1913 en que se radicó el escrito de apelación, según así lo preceptúa el artículo 40 del reglamento de este tribunal, habiendo, por tanto, vencido el día 7 de junio corriente los 30 días que dicho artículo concede a la parte apelante para radicar en esta corte la transcripción de autos, sin que lo haya hecho.

Por Tanto, vistos los artículos 299 del Código de Enjuiciamiento Civil, enmendado por ley No. 70, de 1911, y el 303 del mismo código y 40 y 60 del reglamento de este tribunal, se declara con lugar la moción y en su virtud se desestima la apelación interpuesta por la parte demandada, Porto Rico Motor Company, contra la sentencia que dictó en el caso arriba expresado la Corte de Distrito de San Juan, Sección 1ª. el día 1 de mayo de 1913; y comuníquese a la corte sentenciadora a los fines procedentes.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf, del Toro y Aldrey.